JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KOGEN, | Case No. CV 18-3518-JPR |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Memorandum Decision and Order Affirming Commissioner, it is hereby ADJUDGED THAT (1) the Commissioner's decision is AFFIRMED; (2) Plaintiff's request for remand is DENIED; and (3) this action is DISMISSED with prejudice.

DATED: September 27, 2019

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE