# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| NATHAN KOGEN, | ) | Case No.: 2:18-cv-03518-JPR |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The decision of the Commissioner of the Social Security is reversed and remanded to the Commissioner for further administrative proceedings pursuant to the terms in the parties' joint motion for remand.

IT IS SO ADJUDGED AND DECREED.

DATE: August 11, 2020

_____
THE HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*
_____
Lawrence D. Rohlfing
Attorney for plaintiff NATHAN KOGEN


NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division

*/s/ Paul Sachelari*
PAUL SACHELARI
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration

Attorneys for Defendant-Appellee

OF COUNSEL TO DEFENDANT-APPELLEE:

GINA TOMASELLI
Assistant Regional Counsel

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:18-CV-03518-JPR**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 10, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Lawrence D. Rohlfing*

_____
Lawrence D. Rohlfing
Attorneys for Plaintiff-Appellant